| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Regional Chief Counsel |
| 3 | SHARON LAHEY<br>Special Assistant United States Attorney |
| 4 | Social Security Administration<br>160 Spear Street, Suite 800 |
| 5 | San Francisco, CA 94105<br>Telephone: (415) 977-8963 |
| 6 | Facsimile: (415) 744-0134 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONDA LEE LENOX,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 2:19-cv-01195-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that with the Court's approval, Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from Monday, February 24, 2020 to March 5, 2020. This is Defendant's first stipulated request for an extension and there have been no other extensions in this matter.

Good cause exists for this request. Defendant respectfully requests this additional time because the assigned Defense counsel has been out of the office with illness and is a newer attorney to the office and therefore subject to a more intensive internal review. A ten (10) day extension will give sufficient time for the assigned attorney to complete the response to Plaintiff's

Motion for Summary Judgment and for the undersigned attorney for Defendant to review that brief and file it. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

                                          Respectfully submitted,

                                          CERNEY, KREUZE & LOTT

DATE: February 19, 2020        By: *s/ Shellie Lott*
                                                SHELLIE LOTT
                                                Attorney for Plaintiff
                                                (as authorized by email)

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATE: February 19, 2020        By: *s/ Daniel P. Talbert*
                                                DANIEL P. TALBERT

                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

OF COUNSEL:
Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

| | |
|---|---|
| 1 | ORDER |
| 2 | |
| 3 | APPROVED AND SO ORDERED: |
| 5 | Dated: February 20, 2020 |
| 6 | DENNIS M. COTA |
| 7 | UNITED STATES MAGISTRATE JUDGE |

Stipulation for Extension of Time Case No. 2:19-cv-01195-DMC